**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew Ryan Lee, | ) | Case No. 4:06-mj-013 |
| | ) | |
| Defendant. | ) | |

_____

On May 25, 2006, the defendant made his initial appearance on a complaint charging him with the offense of theft or receipt of stolen mail matter in violation of 18 U.S.C. § 1708. Clare Hochhalter appeared on the government's behalf. Attorney Chad McCabe appeared on the defendant's behalf.

At the close of the hearing, the government advised the court that it was withdrawing its Motion for Detention and recommending that the defendant be released on conditions. According, the government's Motion to Detain (Docket No. 5) is **DENIED** as moot. The defendant's preliminary hearing shall be conducted on June 9, 2006, at 2:00 p.m. CDT in Bismarck, North Dakota (courtroom #2).

**IT IS SO ORDERED.**

Dated this 25th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States District Court